FILED
2015 Dec-08 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KENNETH RICHARDSON,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | 7:15-cv-00676-LSC |

## ORDER

The Court has received Plaintiff Kenneth Richardson and Defendant Experian Information Solutions, Inc.'s ("Experian") stipulation of dismissal as to Plaintiff's claims against Experian. (Doc. 27.) Plaintiff's claims against Experian are therefore DISMISSED with prejudice. Costs taxed as paid.

**DONE** AND **ORDERED** ON DECEMBER 8, 2015.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

182184